IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00345-CMA-NRN

POWER ENGINEERING CO.,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the parties' Joint Motion for Modification of Scheduling Order (Dkt. #47) is GRANTED as follows.

- All discovery related to the statute of limitations issue will continue based on the current Scheduling Order; that is, the cutoff for such discovery will remain March 21, 2022 and Defendant will have until April 13, 2022 to file its motion for summary judgment based on the statute of limitations issue.
- All other discovery is STAYED pending a written ruling of Defendant's forthcoming motion for summary judgment on the statute of limitations issue.
- After the issuance of the ruling of said motion for summary judgment, the deadlines shall be as follows, if necessary: 1. Rebuttal expert disclosures: thirty-five (35) days after written ruling. 2. Discovery cutoff: forty-nine (49) days after written ruling. 3. Dispositive motions and motions challenging experts: sixty-three (63) days after written ruling.

    It is further ORDERED that Defendant may file one additional motion for summary judgment following the Court's written ruling on the first motion for summary judgment, if necessary.

Date: February 17, 2022