**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:21-cv-00345-CMA-NRN

POWER ENGINEERING CO.

     Plaintiff,

v.

FEDERAL INSURANCE COMPANY

     Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Power Engineering Co. and Defendant Federal Insurance Company, through their counsel, in accordance with Fed. R. Civ. P. 41(a)(1)(a)(ii), hereby stipulate and agree that all claims, causes of action, and this action in its entirety, should be and are dismissed with prejudice. Each party shall bear its own costs and fees incurred in this action.

Respectfully submitted this 5th day of August, 2024.


| DALY &BLACK, P.C. | CLYDE & CO US LLP |
|---|---|
| */s/ Jonathan Sar* | */s/ Jeri J. Wettestad* |
| Jonathan S. Sar, Esq. | Jeri J. Wettestad, Esq. |
| Daly & Black, P.C. | Edward C. Denby, Esq. |
| 3200 Cherry Creek S. Drive, Suite 520 | 999 18th Street, Suite 1765N |
| Denver, CO  80209 | Denver, CO 80202 |
| Telephone: (303) 835-4572 | Telephone: (303) 301-8950 |
| Facsimile: (888) 375-0630 | Facsimile: (303) 301-8974 |
| jsar@dalyblack.com | Jeri.Wettestad@clydeco.us |
| tarcher@dalyblack.com | Edward.Denby@clydeco.us |

Richard D. Daly, Esq.

| | |
|---|---|
| John S. Black, Esq | Amy M. Samberg, #42999 |
| DALY &BLACK, P.C. | Amy L. Stein |
| 2211 Norfolk Street, Suite 800 | 400 E. Van Buren Street, Suite 440 |
| Houston, TX 77098 | Phoenix, AZ 85004 |
| Telephone: (713) 655-1405 | Telephone: (480) 746-4580 |
| Facsimile: (713) 655-1587 | Facsimile: (480) 746-4556 |
| rdaly@dalyblack.com | Amy.Samberg@clydeco.us |
| jblack@dalyblack.com | Amy.Stein@clydeco.us |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will send notification of such filing via email to the following:

Jonathan S. Sar, Esq.
Daly & Black, P.C.
3200 Cherry Creek S. Drive, Suite 520
Denver, CO  80209
Telephone: (303) 835-4572
Facsimile: (888) 375-0630
jsar@dalyblack.com
tarcher@dalyblack.com

Richard D. Daly, Esq.
John S. Black, Esq
DALY &BLACK, P.C.
2211 Norfolk Street, Suite 800
Houston, TX 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
rdaly@dalyblack.com
jblack@dalyblack.com
***Attorneys for Plaintiff***

                */s/ Rachel Salabak*
                Rachel Salabak